John Jensen, defendant in error, v. H. E. Everett et al., trading as W. Everett & Son, plaintiffs in error. Gen. No. 25,273.

Action in tort against copartners. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920.

John A. Bloomingston, for plaintiffs in error. Henry R. Baldwin and Frank C. Hill, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

F. Norwood Wilson, trading as Wilson Manufacturing Company, appellee, v. Fred Mayer, appellant. Gen. No. 25,334.

Action to recover commission for sale of a locomotive crane. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed May 28, 1920. Rehearing denied June 14, 1920.

Moses, Rosenthal & Kennedy, for appellant; Hirsch E. Soble, of counsel. Andrew R. Sheriff, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Emil Eiger et al., appellees, v. United Hatters of North America et al., appellants. Gen. No. 26,145.

Bill for injunction restraining acts interfering with complainant's business. Interlocutory order entered. Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed May 28, 1920.

Cruice & Langille, for appellants; Daniel L. Cruice, of counsel. Levinson & Hoffman, for appellees; Harry Okin, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

John Dedina, Jr., by John Dedina, defendant in error, v. Frank Guillaume, plaintiff in error. Gen. No. 25,036.

Action to recover for injuries to person struck by automobile driven at unlawful speed. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed May 28, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Ode L. Rankin and Frank L. Childs, for plaintiff in error; Ode L. Rankin and Louis W. McIntyre, of counsel. John F. Bolton and Joseph V. Bolton, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.